■ In the Matter of Martin Fitzpatrick, Respondent, v Harold J. Smith, as Superintendent of Attica Correctional Facility, Appellant. — Judgment unan-

imously reversed and petition dismissed. Memorandum: Special Term erred in granting the application of the petitioner, an inmate serving a life sentence, to marry. Section 79-a of the Civil Rights Law prohibits marriages by inmates serving sentences of life imprisonment. Nevertheless, petitioner contends that the right to marry is a fundamental right and that section 79-a should be re-examined in view of the recent decision in *Zablocki v Redhail* (434 US 374). We find nothing in the rationale of *Zablocki v Redhail* (*supra*) which would invalidate the continued ban on marriage as an additional punishment for crimes of the most serious nature. Those courts which have heretofore scruti-nized the statute have found it to be constitutional in factually similar cases (*Johnson v Rockefeller,* 365 F Supp 377, affd *sub nom. Butler v Wilson,* 415 US 953; *Muessman v Ward,* 95 Misc 2d 478). (Appeal from judgment of Supreme Court, Wyoming County, Mattina,. J. — art 78.) Present — Dillon, P. J., Callahan, Denman, Boomer and Schnepp, JJ.